**RECEIVED**

SEP 1 0 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  3:24-cr-050 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| STEPHEN BRODY CRAIN, | ) | T. 18 U.S.C. § 875(c) |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>
### (Interstate or Foreign Transmission of a Threat)

On or about March 23, 2024, in the Southern District of Iowa, the defendant, STEPHEN BRODY CRAIN, did knowingly transmit in interstate or foreign commerce any communication containing language the defendant knew to be a threat, and knowing that the communication would be viewed as a threat to injure the person of another, in that the defendant sent text messages to Victim 1, and stated, in part:

1) "You better fucking answer me before I come to your house with a machine gun"

2) "Lie to me again and I will fucking slaughter your whole family and hold you down with your eyes forced open so you have no choice but to watch" and

3) "I am sending the twins to murder [Victim 2's] kids."

This is a violation of Title 18, United States Code, Section 875(c).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Interstate or Foreign Transmission of a Threat)**

On or about June 21, 2024, in the Southern District of Iowa, the defendant, STEPHEN BRODY CRAIN, did knowingly transmit in interstate or foreign commerce a communication containing language the defendant knew to be a threat, and knowing that the communication would be viewed as a threat to injure the person of another, in that the defendant sent a text message to Victim 2, and stated, in part, "Gonna cut you the fuck up."

This is a violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____

Melisa K. Zaehringer
Assistant United States Attorney